UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SANFORD WITTELS & HEISLER, LLP; and <br><br> DAVID SANFORD, <br><br> Defendants. | Case No.: 1:10-cv-02079-ESH <br><br> Assigned to: Huvelle, Ellen S. <br><br> Assign Date: 12/8/2010 <br><br> Description: Contract |

## DECLARATION OF MARC E. RINDNER

Marc E. Rindner declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

1. My name is Marc E. Rindner. I am over twenty-one years of age and I am fully competent in all respects to make this Declaration. I am a partner with the law firm Wiley Rein, LLP, counsel for Plaintiff Capitol Specialty Insurance Corporation ("CSIC"), and as such, I am fully familiar with the matters set forth herein.

2. I submit this Declaration in support of CSIC's contemporaneously filed Motion for Summary Judgment.

3. Attached to this Declaration are true and correct copies of the documents identified in the chart below, with the exception of Exhibit 7, the Declaration of Marjorie J. Thompson, which is an original.

Executed this __18th__ day of February 2010 at Washington, D.C.

_____
Marc E. Rindner

## EXHIBITS TO DECLARATION OF MARC E. RINDNER

| No. | Description |
|---|---|
| 1 | Complaint, filed in the lawsuit styled *Howard et al. v. Gutierrez*, No. 05-cv-01968 (D.D.C.), on October 5, 2005 ("Underlying Employment Action Complaint") |
| 2 | Motion to Dismiss All Individual Class Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims, filed in the Underlying Employment Action on March 17, 2006 ("Motion to Strike") |
| 3 | Motion for Enlargement of Time to Move for Class Certification, filed in the Underlying Employment Action on June 23, 2006 ("Motion for Enlargement of Time") |
| 4 | Memorandum Opinion, issued by the court in the Underlying Employment Action on February 6, 2007 ("2/6/07 Memorandum Opinion") |
| 5 | Motion to Reinstate Class Claims, Motion for Reconsideration of This Court's February 6, 2007 Order Striking Class Action Allegations as Untimely, and, Alternatively, Motion That the Court Certify This Question For Interlocutory Appeal, filed in the Underlying Employment Action on February 21, 2007 ("Motion to Reinstate Class Claims") |
| 6 | Order, issued by the court in the Underlying Employment Action on September 7, 2007 ("9/7/07 Order") |
| 7 | Declaration of Marjorie J. Thompson ("Thompson Declaration") with the following attachments: |
| | A — Lawyers Professional Liability Policy No. 0303-7637 (the "Policy") |
| | B — Renewal Application for Lawyers Professional Liability Insurance, signed November 1, 2007 ("Written Application") |
| | C — Sanford Wittels & Heisler, LLP's Warranty Statement, signed December 6, 2007 ("Warranty Statement") |
| | D — Fax from S. Flanagan to Darwin Claims Dept., dated April 4, 2008 ("4/4/08 Fax") |
| | E — Letter from C. Campi to D. Sanford, dated May 7, 2008 ("5/7/08 Letter") |
| | F — Fax from S. Sandberg to Darwin Claims, dated February 19, 2010 ("2/19/10 Fax") |

| No. | | Description |
|---|---|---|
| | G | Letter from C. Campi to D. Sanford, dated March 23, 2010 ("3/23/10 Letter") |
| | H | Letter from C. Campi to D. Sanford, dated May 11, 2010 ("5/11/10 Letter") |
| 8 | | Complaint, filed in the lawsuit styled *Howard, et al. v. Sanford Wittels & Heisler, LLP, et al.*, No. 2010-ca-00311-M (Super. Ct., D.C.), on January 21, 2010 ("Malpractice Action Complaint") |
| 9 | | Letter from R. Simpson and K. Herlihy to D. Sanford, dated November 8, 2010 ("11/8/10 Letter") |